UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LeROY WILLIS, II, | No. C-13-5380 EMC (pr) |
| Plaintiff, | |
| v. | **ORDER OF TRANSFER** |
| JEFFREY BEARD, Secretary of CDCR; *et al.*, | |
| Defendants. | |

Plaintiff, an inmate currently at a prison in Los Angeles County, filed this *pro se* civil action, complaining of events and omissions that occurred during his incarceration at the California Medical Facility in Vacaville ("CMF-Vacaville") in Solano County, which is within the venue of the Eastern District of California. Defendants all apparently reside in the Eastern District of California as they are members of the staff at CMF-Vacaville in Solano County or the California Department of Corrections and Rehabilitation headquarters in Sacramento County, and both of those counties are within the venue of the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue

///
///
///
///
///
///

therefore would be proper in the Eastern District, and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is **TRANSFERRED** to the United States District Court for the Eastern District of California. The Clerk shall transfer this matter.

IT IS SO ORDERED.

Dated: January 21, 2014

_____
EDWARD M. CHEN
United States District Judge

2